UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **22-MJ-1392**     DATE: **8/31/2022**     TAPE NUMBER: **LCR-ROSWELL**

CLERK: **KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Nicole Sena** | | ☐ | ☐ |

Interpreter: -  N/A
Pretrial Officer present: None
Court in Session:   **2:45 P.M. to 3:00 P.M. (15 MINS)**

☒   Defendant was given/read a copy of charging document

☐   Agent sworn in OPEN COURT

☒   Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒   Court advises defendant(s) of possible penalties

☒   Court advises defendant(s) of all constitutional rights

☐   ORAL Motion for detention Hearing by Government

☐   Court grants Government's ☐   Defense ☐    oral motion to continue detention hearing

☐   Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒   Defendant(s) in custody

☐   Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐   Conditions of Release set at:

☒   Other: **PRELIMINARY/DETENTION HEARING IN LAS CRUCES ON TUESDAY, SEPTEMBER 6th, AT 9:00 A.M. BEFORE JUDGE SWEAZEA.**