UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **22-MJ-1392**   DATE: **8/31/2022**   TAPE NUMBER: **LCR-ROSWELL**

CLERK**: KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Monica Escobar** |  | ☐ | ☐ |

Interpreter: -  N/A
Pretrial Officer present: None
Court in Session:     **3:00 P.M. to 3:15 P.M. (15 MINS)**

☒ Defendant was given/read a copy of charging document

☐ Agent sworn in OPEN COURT

☒ Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒ Court advises defendant(s) of possible penalties

☒ Court advises defendant(s) of all constitutional rights

☐ ORAL Motion for detention Hearing by Government

☐ Court grants Government's ☐   Defense ☐   oral motion to continue detention hearing

☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒ Defendant(s) in custody

☐ Defendant(s) detained without bond as:   Risk of Flight ☐   Danger to Community ☐

☐ Conditions of Release set at:

☒ Other**: PRELIMINARY/DETENTION HEARING IN LAS CRUCES ON TUESDAY, SEPTEMBER 6th, AT 9:00 A.M. BEFORE JUDGE SWEAZEA.**