UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable KEVIN R. SWEAZEA

CRIMINAL CLERK'S MINUTES at Las Cruces
(by Zoom Videoconference)

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | 22-1392 MJ | Date: | 9/6/2022 | Recording Information: | LCR SIERRA BLANCA |
| Clerk: | B. WILSON | Type of Hearing: | | PRELIMINARY/DETENTION | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **NICOLE SENA** | **CORI HARBOUR-VALDEZ** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **RENEE CAMACHO** | Interpreter: | N/A |
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | 9:15-9:24 A.M.  9 MIN |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | Court grants  ☐ Government's  ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☒ | Defendant detained as a flight risk and danger to community |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other: AUSA argued to detain as a flight risk and danger, facts of case strong, approximately 20 lbs. of methamphetamines and 2 loaded firearms found at stash house, facing minimum 10-year sentence, cannot overcome presumption.   DEFENSE requested Court follow Pretrial's recommendation.  COURT detained defendant based on nature of charge, presumption, weight of evidence, large amount of controlled substance found, lengthy amount of incarceration, trafficking in controlled substance endangers entire community. |